1

2

3

4

5

6

7

8

9

10

11                      IN THE UNITED STATES DISTRICT COURT

12                  FOR THE EASTERN DISTRICT OF CALIFORNIA

13   UNITED STATES OF AMERICA,
                                          CIV. S-07-458-DFL-GGH
14        Plaintiff,

15        v.                              ORDER RE DISPOSITION AFTER
                                          NOTIFICATION OF SETTLEMENT
16   THOMAS M. GROARKE,

17        Defendants.
     _____/
18

19        The court has been advised by Bobbie J. Montoya, Esq., that

20   this action has been settled.  Therefore, it is not necessary

21   that the action remain upon the court's active calendar.

22        Accordingly, IT IS ORDERED:

23        1.  That counsel file settlement/dismissal documents, in

24   accordance with the provisions of Local Rule 16-160, no later

25   than May 31, 2007, and,

26

                                    1

1        2.   That all hearing dates previously set in this matter

2    are vacated.

3        IT IS SO ORDERED.

4    Dated:   April 18, 2007

5

6
                                /s/ David F. Levi
7                               DAVID F. LEVI
                                United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                    2