IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-CV-00458-DFL-GGH |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL PURSUANT |
| ) | TO STIPULATION BETWEEN THE |
| v. ) | PARTIES |
| ) | |
| THOMAS M. GROARKE, ) | |
| ) | |
| Defendant. ) | |

    The above-captioned matter is hereby DISMISSED WITH PREJUDICE pursuant to and in accordance with the Settlement Agreement filed herein on June 13, 2007 (as Exhibit A to plaintiff's Notice of Dismissal). The Clerk of the Court shall enter the dismissal and release in the official docket.

    IT IS SO ORDERED.


DATED:   June 13, 2007_____

                                              /s/ David F. Levi_____
                                              DAVID F. LEVI
                                              United States District Judge